# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MAURICIO ABEL GUZMAN-JUAREZ, <br><br>                Petitioner, <br> v. <br><br> CAMMILLA WAMSLEY, et. al., <br><br>                Respondents. | **JUDGMENT IN A CIVIL CASE** <br><br> Case Number 26-cv-01791-TMC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    1.     The petition for writ of habeas corpus (Dkt. 1) is GRANTED.

Dated July 2, 2026.

                      Joshua C. Lewis
                      Clerk of Court

                      */s/Jo-EL Modeste*
                      Deputy Clerk